# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**COOPER JANIK,**
Appellant,

v.

**UNIVERSAL PROPERTY AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-2692

[June 9, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. CACE19018769.

Charles M. Auslander, John G. Crabtree, and Brian C. Tackenberg of Crabtree & Auslander, LLC, Key Biscayne, and Michael C. Knecht of Knecht Law Group, PLLC, Jupiter, for appellant.

Paulo R. Lima and Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***